# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

──────────────

m 01-30886

──────────────

CARL WARDEN, TRUSTEE,
ON BEHALF OF TAMMY LYNN PARKER SECURITY AND INVESTMENT TRUST,
ON BEHALF OF JAMIE DEAN PARKER SECURITY AND INVESTMENT TRUST,
ON BEHALF OF JOYCE DARLENE DOUGLAS CLASS TRUST,
ON BEHALF OF ERNEST L. PARKER CHARITABLE REMAINDER ANNUITY TRUST,
ON BEHALF OF MIDGE PARKER CHARITABLE REMAINDER ANNUITY TRUST,
ON BEHALF OF ERNEST L. PARKER CHARITABLE REMAINDER UNITRUST,
ON BEHALF OF MIDGE PARKER CHARITABLE REMAINDER UNITRUST,

Plaintiff-Appellee,

VERSUS

RICHARD D. BARNETT,

Defendant-Appellant.

─────────────────────────

Appeal from the United States District Court
for the Western District of Louisiana
m 98-CV-1685

─────────────────────────

June 12, 2002

Before SMITH, BENAVIDES, and PARKER,
   Circuit Judges.

PER CURIAM:[*]

This appeal is the outgrowth of a long, acrimonious battle over the ownership of assets that were alleged to have been transferred between business partners, then apparently sold by the transferees, and then apparently placed in various trusts, allegedly to avoid returning them to the original transferors. The district court entered a declaratory judgment applying an earlier decision of that court as res judicata.

We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. The district court committed no reversible error. The judgment, accordingly, is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.